1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAN WALKER, as an individual and on behalf of all others similarly situated, | Case No.: 2:20-cv-02193-MCE-JDP |
| Plaintiffs, | **ORDER APPROVING JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF** |
| vs. | |
| WFS EXPRESS, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

1

**ORDER APPROVING JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF**

**ORDER**

The Joint Stipulation to Extend Discovery Cut-Off filed on behalf of Plaintiff Van Walker ("Plaintiff") and Defendant WFS Express, Inc. ("Defendant") (collectively, the "Parties") is HEREBY APPROVED.

ACCORDINGLY, IT IS HEREBY ORDERED that the discovery cut-off date of October 29, 2021, is extended to **DECEMBER 13, 2021**.

**IT IS SO ORDERED**.

Dated: March 3 ,2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE