UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN WALKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WFS EXPRESS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-CV-02193-MCE-JDP<br><br>ORDER RE CONFIDENTIAL DESIGATION<br><br>ECF No. 9 |

Upon consideration of the Joint Stipulated Protective Order Regarding Confidential Designation, ECF No. 9, the court finds good cause and hereby orders that the Stipulated Protective Order is granted and shall be the Order of the Court regarding the matters described therein.

IT IS SO ORDERED.

Dated:   May 14, 2021

　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE