1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN WALKER, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WFS EXPRESS, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-02193-MCE-JDP<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA** |

**ORDER**

The Joint Stipulation for Remand to the Superior Court of California (ECF No. 12) filed on behalf of Plaintiff Van Walker ("Plaintiff") and Defendant WFS Express, Inc. ("Defendant") (collectively, the "Parties") is **HEREBY GRANTED**.

**IT IS HEREBY ORDERED** that this action, <u>Van Walker v. WFS Express, Inc.</u> (Case No. 2:20-cv-02193-MCE-JDP), be remanded to the Superior Court of California, County of Sacramento, and that all future dates and deadlines are hereby vacated.

IT IS SO ORDERED.

Dated: August 25, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE